Alfred Szebel, Petitioner-Appellee, v. People of the State of Illinois, Respondent-Appellant.

Gen. No. 47,629.

First District, Third Division.

February 11, 1959.

Released for publication March 11, 1959.

Benjamin S. Adamowski, State's Attorney (Francis X. Riley, Edwin A. Strugala, Assistant State's Attorneys, of counsel) for respondent-appellant; no appearance for appellee. Opinion by JUSTICE BURKE. Not to be published in full.